**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CLARISA LEBRON,

        Plaintiff,

-vs-                                      Case No.: 3:10-cv-1054-J-34MCR

BROOKS BROTHERS, INC.,

        Defendant.
_____

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 21; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on January 23, 2012. In the Report, Magistrate Judge Richardson recommends that Defendant's Motion to Dismiss (Dkt. No. 17) be granted and that this action be dismissed with prejudice for failure to comply with Court orders and to prosecute the case. See Report at 6. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge with one modification.[1] Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 21), as modified, is **ADOPTED** as the opinion of the Court.

2. Defendant's Motion to Dismiss (Dkt. No. 17) is **GRANTED**.

3. This case is **DISMISSED**.

4. The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of February, 2012.

MARCIA MORALES HOWARD
United States District Judge

---

[1] In adopting the recommendation of the Magistrate Judge, the undersigned declines to adopt the Magistrate Judge's analysis and finding that any dismissal of this action would, in fact, constitute a dismissal with prejudice. Nevertheless, for the reasons stated by the Magistrate Judge, the Court concludes that the record in this action supports the Magistrate Judge's recommendation that dismissal is warranted.

ja

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of Record

Pro Se Parties